**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

John Marks
                            Plaintiff,

v.                                                  Case No.:
                                                 1:16−cv−08656
                                                 Honorable Robert M. Dow Jr.

Worldwide Robotic Automated Parking, LLC, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 18, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the settlement conference scheduled with Magistrate Judge Kim on 1/8/2018, the status hearing in the district court set for 12/20/2017 is stricken and reset to 1/11/2018 at 9:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.