**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Marks,<br><br>Plaintiff(s),<br><br>v.<br><br>Worldwide Robotic Automated Parking, LLC et al,<br><br>Defendant(s). | Case No. 16-cv-8656<br>Judge Robert M. Dow |

### **ORDER**

Status hearing held and reset to 4/11/2018 at 9:00 a.m. If a stipulation of dismissal is filed before the next status hearing the case will be closed.

:05

Date: 3/22/2018                                         Judge Robert M. Dow, Jr.